NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6059
Fax: (702) 388-5087
linda.j.mott@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAHMEL PENNY,<br><br>Defendant. | Case No. 2:19-cr-059-MMD-VCF<br><br>**STIPULATION TO CONTINUE HEARING ON REVOCATION OF PRETRIAL RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Lance Hendron, counsel for Defendant, that the hearing on revocation of pretrial release, currently scheduled for October 1, 2019, be vacated and set to a date and time convenient to this Court, but no sooner than 7 days from the current scheduled hearing.

The request for continuance is for the following reasons:

1. Defendant Penny appeared before the court on Monday, September 23, 2019, based upon a petition for action on conditions of pretrial release.

2. Penny submitted to detention pending the gathering of various documents that he wishes to present at hearing.

3. A hearing on the petition is set for October 1, 2019.

4. Counsel for defense will be unable to gather the documents for hearing by October 1, 2019.

5. The parties stipulate to continuing the hearing to a setting at the Court's convenience. If the Court is so inclined, both parties are available on October 8, 2019.

DATED this 26th day of September, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Linda Mott*
LINDA MOTT
Assistant United States Attorney

*/s/ Lance Hendron*
LANCE HENDRON
Counsel for Rahmel Penny

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAHMEL PENNY,

    Defendant.

Case No. 2:19-cr-059-MMD-VCF

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT

Based on the pending motion of counsel for the government, and good cause appearing therefore, the Court finds that:

1. Documents the Defendant and his counsel wish to rely upon at hearing are not yet available, and thus requires additional time to obtain. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the government and Defendant Penny to fully peruse the documents prior to the hearing.

2. Defendant Penny is incarcerated and agrees the continuance.

## ORDER

IT IS HEREBY ORDERED that the hearing regarding conditions of pretrial release, currently scheduled for October 1, 2019, be vacated and continued to October 10, 2019 at the hour of 2:00, p.m..

DATED this 30th day of September, 2019.

_____
HONORABLE CAM FERENBACH
U.S. MAGISTRATE JUDGE