LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Rahmel Penny*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 17 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT    ORDER
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.: 2:19-cr-00059-MMD-VCF-3 |
| Plaintiff, | ~~STIPULATION~~ TO CONTINUE HEARING ON REVOCATION OF PRETRIAL RELEASE |
| vs. | |
| RAHMEL PENNY, | (FOURTH REQUEST) |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Rahmel Penny, through his counsel, Lance J. Hendron, Esq. of the law firm of Hendron Law Group LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Linda Mott, Assistant United States Attorney, that the hearing on revocation of pretrial release in the above-captioned matter currently set for December 17, 2019 at 10:00 a.m. be continued to a date and time convenient to this Court, but no sooner than 30 days from the current scheduled hearing.

This Stipulation is entered into for the following reasons:

1. Mr. Penny appeared before the court on Monday, September 23, 2019 based upon a petition for action on conditions of pretrial release.

2. Mr. Penny submitted to detention pending the gathering of various documents that he wished to be present at hearing.

3. The documents Mr. Penny and his counsel wish to rely upon at hearing were just recently received and counsel needs additional time to review.

4. There are ongoing pretrial/pre-revocation hearing negotiations.

5. Mr. Hendron has spoken to Ms. Mott, and Ms. Mott has indicated that she has no objection to this continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with hearing on revocation of pretrial release on December 17, 2019.

DATED this __16__ day of December, 2019.

Respectfully Submitted,

/s/ L. Hendron
Lance J. Hendron, Esq.
Attorney for Defendant, Rahmel Penny


/s/ Linda Mott
Nicholas A. Trutanich
United States Attorney
Linda Mott
Assistant United States Attorney
Attorney for United States

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Rahmel Penny*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**RAHMEL PENNY,**<br><br>Defendant. | CASE No.: 2:19-cr-00059-MMD-VCF-3 |

### **FINDINGS OF FACTS**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Penny appeared before the court on Monday, September 23, 2019, based upon a petition for action on conditions of pretrial release.

2. Mr. Penny submitted to detention pending the gathering of various documents that he wishes to present at hearing.

3. Documents that Mr. Penny and his counsel wish to rely upon at hearing were just recently received and counsel needs additional time to review.

4. There are ongoing pretrial/pre-revocation hearing negotiations.

5. Mr. Hendron has spoken to Ms. Mott, Assistant United States Attorney, and she has no objection to this continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendant in proceeding with hearing on revocation of pretrial release on December 17, 2019.

## ORDER

IT IS HEREBY ORDERED, that the hearing on revocation of pretrial release, currently scheduled for December 17, 2019, at the hour 10:00 a.m., be vacated and continued to January 21, 2020, at the hour of 10:00 A.m.

DATED this 17th day of December 2019.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE