LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Rahmel Penny*

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAHMEL PENNY,<br><br>Defendant. | CASE No.: 2:19-cr-00059-MMD-VCF-3<br><br>ORDER **TO CONTINUE HEARING ON REVOCATION OF PRETRIAL RELEASE**<br><br>(THIRD REQUEST) |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Rahmel Penny, through his counsel, Lance J. Hendron, Esq. of the law firm of Hendron Law Group LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Linda Mott, Assistant United States Attorney, that the hearing on revocation of pretrial release in the above-captioned matter currently set for May 21, 2020 at 1:00 p.m. be continued to a date and time convenient to this Court, but no sooner than 30 days from the current scheduled hearing.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron is requesting additional time to locate another in-patient treatment facility for Mr. Penny.

2. Mr. Hendron has spoken with Mr. Penny and he agrees to the continuance.

3. Mr. Hendron has spoken to Ms. Mott, and Ms. Mott has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with hearing regarding revocation of pretrial release on May 21, 2020.

DATED this __20th__ day of May, 2020.

               Respectfully Submitted,

                /s/ L. Hendron
               Lance J. Hendron, Esq.
               Attorney for Defendant, Rahmel Penny

                /s/ Linda Mott
               Nicholas A. Trutanich
               United States Attorney
               Linda Mott
               Assistant United States Attorney
               Attorney for United States

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Rahmel Penny*

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:19-cr-00059-MMD-VCF-3 |
| Plaintiff, | |
| vs. | |
| **RAHMEL PENNY**, | |
| Defendant. | |

### FINDINGS OF FACTS

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Hendron is requesting additional time to locate another in-patient treatment facility for Mr. Penny.

2. Mr. Hendron has spoken with Mr. Penny and he agrees to the continuance.

3. Mr. Hendron has spoken to Ms. Mott, Assistant United States Attorney, and she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which

3

outweigh any interest of the public and the defendant in proceeding with hearing on revocation of pretrial release on May 21, 2020.

**ORDER**

IT IS HEREBY ORDERED, that the hearing regarding revocation of pretrial release, currently scheduled for May 21, 2020, at the hour 1:00 p.m., be vacated and continued to  June 25, 2020 , at the hour of  1:00 p.m. . in courtroom 3D.

DATED this  20th  day of  May , 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4